```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 46896
    MICHAEL J GAGLIANO
    NICHOLE D GAGLIANO                       CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-7094     SSN XXX-XX-5350

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 10/10/2005 and was confirmed 12/05/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 01/28/2008.
-------------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
  AMERICAN GENERAL FINANCE  SECURED                 .00           .00            .00
  AMERICAN SUZUKI AUTOMOTI  SECURED             9963.64       1636.49        3828.33
  AMERICAN SUZUKI AUTOMOTI  UNSECURED         NOT FILED           .00            .00
  WELLS FARGO BANK NA       CURRENT MORTG           .00           .00            .00
  ACL INC                   UNSECURED         NOT FILED           .00            .00
  ADVANCE AMBULANCE         UNSECURED         NOT FILED           .00            .00
  ADVOCATE HEALTH CENTER    UNSECURED         NOT FILED           .00            .00
  AMEX                      UNSECURED         NOT FILED           .00            .00
  COTTONWOOD FINANCIAL      UNSECURED            995.56           .00          39.49
  BRYANT                    UNSECURED         NOT FILED           .00            .00
  CAPITAL ONE BANK          UNSECURED         NOT FILED           .00            .00
  CHRIST HOSPITAL           UNSECURED         NOT FILED           .00            .00
  CITY OF CHICAGO PARKING   UNSECURED            100.00           .00            .00
  CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED           .00            .00
  CBA COLLECTION BUREAU     UNSECURED         NOT FILED           .00            .00
  CBA COLLECTION BUREAU     NOTICE ONLY      NOT FILED           .00            .00
  DISCOVER FINANCIAL SERVI  UNSECURED           3505.77           .00         251.39
  DS WATERS OF NORTH AMERI  UNSECURED         NOT FILED           .00            .00
  PREMIER BANCARD CHARTER   UNSECURED            340.92           .00          24.44
  ECAST SETTLEMENT CORP     UNSECURED           3513.89           .00         251.97
  ECAST SETTLEMENT CORP     UNSECURED           3487.36           .00         250.07
  LARKIN COLLECTION SERVIC  UNSECURED         NOT FILED           .00            .00
  LARKIN COLLECTION SERVIC  NOTICE ONLY      NOT FILED           .00            .00
  LINEBARGER GOGGAN BLAIR   NOTICE ONLY      NOT FILED           .00            .00
  MALCOLM S GERALD & ASSOC  NOTICE ONLY      NOT FILED           .00            .00
  PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED           .00            .00
  SCA WINKELMAN             UNSECURED         NOT FILED           .00            .00
  SHOPPERS CHARGE ACCOUNTS  UNSECURED           2210.00           .00         158.48
  UNIVERSITY OF CHICAGO HO  UNSECURED         NOT FILED           .00            .00
  UNIVERSITY OF IL HOSPITA  UNSECURED         NOT FILED           .00            .00
  UNIVERSITY OF IL HOSPITA  UNSECURED         NOT FILED           .00            .00
  AFNI                      UNSECURED            573.92           .00          41.15

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 46896 MICHAEL J GAGLIANO & NICHOLE D GAGLIANO
```

```
VERIZON WIRELESS           UNSECURED      NOT FILED           .00            .00
WELLS FARGO BANK NA        MORTGAGE ARRE    397.04            .00         397.04
SUZUKI CREDIT CORP         NOTICE ONLY    NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       2099.59            .00         150.56
LEGAL HELPERS PC           DEBTOR ATTY    2,000.00                      2,000.00
TOM VAUGHN                 TRUSTEE                                        556.61
DEBTOR REFUND              REFUND                                          41.98
```

Summary of Receipts and Disbursements:

----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
```
TRUSTEE                   9,628.00

PRIORITY                                             .00
SECURED                                         4,225.37
    INTEREST                                    1,636.49
UNSECURED                                       1,167.55
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              556.61
DEBTOR REFUND                                      41.98
                        ---------------       ---------------
TOTALS                    9,628.00              9,628.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 04/23/08            _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```